```
 1  PAUL L. REIN, ESQ.  (SBN 43053)
    CELIA MCGUINNESS, ESQ. (SBN 159420)
 2  LAW OFFICES OF PAUL L. REIN
    200 Lakeside Drive, Suite A
 3  Oakland, CA  94612
    Telephone:  (510) 832-5001
 4  Facsimile:  (510) 832-4787
    E-mail:   reinlawoffice@aol.com
 5
    Attorneys for Plaintiff
 6  STEVEN POTTER

 7

    MARK A. CAMERON (Bar No. 100449)
 8  THOMAS S. McCONNELL (Bar No. 132932)
    MILLER STARR REGALIA
 9  A Professional Law Corporation
    1331 N. California Blvd., Fifth Floor
10  Walnut Creek, California 94596
    Telephone:    925/935-9400
11  Facsimile:    925/933-4126

12  Attorney for Defendants
    RASPUTIN'S RECORDS, INC.;
13  KENNETH SARACHAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN POTTER,<br><br>    Plaintiff,<br><br>v.<br><br>RASPUTIN'S RECORDS, INC.;<br>KENNETH SARACHAN; and DOES 1-10,<br>Inclusive,<br><br>    Defendants. | Case No. 3:15-cv-02156-LB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL OF ACTION** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, subject to the Court retaining jurisdiction to enforce the Consent Decree

1  as to provisions of disabled access for such time as is permitted under the Consent Decree, this
2  action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).  The Parties have
3  resolved their disputes as to injunctive relief, damages and attorney fees, litigation expenses and
4  costs.  **IT IS SO STIPULATED.**

6  Dated:  March 25, 2016                    LAW OFFICES OF PAUL L. REIN

8                                             */s/ Paul L. Rein*
   By:  PAUL L. REIN, ESQ.
9  Attorneys for Plaintiffs
   STEVEN POTTER

11 Dated:  March 24, 2016                    MILLER STARR REGALIA
12                                            A Professional Law Corporation

14                                             */s/ Mark A. Cameron*
   By:  MARK A. CAMERON
   Attorneys for Defendants
15 RASPUTIN'S MUSIC, INC., and
   KENNETH SARACHAN

1 **ORDER**

2      Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.

3

4

5    Dated: _____March 25_, 2016                    _____

6                                                     Honorable Laurel Beeler
                                                      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER              3
TO FOR DISMISSAL OF ACTION
Case No. 3:15-cv-02156 LB

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on March 24, 2016, I, Paul L. Rein, attorney with The Law Offices of Paul L. Rein, received the concurrence of Mark Cameron in the filing of this document.

*/s/ Paul L. Rein*
Paul L. Rein